UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL E. ELSEA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING LLC and LLOYD & MCDANIEL, PLC,<br><br>　　　　Defendants. | CASE NO. 1:18-cv-02151-JMS-DML<br><br>Dismissal without prejudice acknowledged [6].<br>JMS, CJ, 8-10-18<br>Distribution via ECF. |

**STIPULATION OF DISMISSAL**

　　Plaintiff Daniel E. Elsea, by counsel, pursuant to Trial Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby stipulates to dismissal of the above-captioned cause of action without prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 *s/ Robert E. Duff*
　　　　　　　　　　　　　　　　　　　　Robert E. Duff
　　　　　　　　　　　　　　　　　　　　Indiana Consumer Law Group/
　　　　　　　　　　　　　　　　　　　　The Law Office of Robert E. Duff
　　　　　　　　　　　　　　　　　　　　P.O. Box 7251
　　　　　　　　　　　　　　　　　　　　Fishers, IN 46037
　　　　　　　　　　　　　　　　　　　　800-817-0461
　　　　　　　　　　　　　　　　　　　　robert@robertdufflaw.com